UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORMA BUIE,                          )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 13-1181 (ABJ)
                                    )
VICTORIA A. LIPNIC, *et al.*,       )
                                    )
            Defendants.             )

**FILED**
MAR 2 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

1. Has the plaintiff shown, by a preponderance of the evidence, that the accommodation she requested – to telework one day per week during the 7-month period she worked as a Program Analyst in 2011 in D.C. – was reasonable, that is, that it would enable her to perform the essential functions of her job?

    YES _____    NO __✓__

2. Has the plaintiff shown, by a preponderance of the evidence, either: that it was the EEOC that ended the interactive process, or that the EEOC did not participate in the process in good faith?

    YES _____    NO __✓__

**If you answered "NO" to <u>either</u> Question 1 or Question 2, you should NOT go on to answer any further questions, and the foreperson should sign the verdict form.**

If you answered "YES" to both question number 1 and question number 2, please answer the following questions:

3. Has plaintiff proved by a preponderance of the evidence that she suffered harm as a result of the denial of the accommodation?

YES _____      NO _____

If your answer Question 3 is "YES", go on to the next question.

If your answer to Question 3 is "NO", you should NOT go on to answer any further questions, and the foreperson should sign the verdict form.

4. What is the amount of damages that will compensate the plaintiff for the harm caused by the denial of the accommodation?

Amount: $ _____